UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

T & T UNLIMITED, LLC and LEAH
NEES, a Florida limited liability company

    Plaintiffs,

v.                                        Case No:  2:11-cv-121-Ftm-29SPC

CITY OF LABELLE, FLORIDA,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Defendant City of Labelle's Motion for a Protective Order (Doc. #51) filed on December 20, 2012.  The Plaintiffs informed the Defendant that they intended to take the depositions of Greg Bone, David Lyons and James Luckey on January 4, 2013. Bone and Lyons are Commissioners on Labelle's City Counsel and according to the Defendant they have no knowledge of the facts in this case.  Luckey is the City Attorney for the City of Labelle and the Defendant concedes that he can be deposed on non-privileged matters.  Since the deadline to respond to the instant Motion does not expire until after the depositions are scheduled, the Court will require an expedited response from the Plaintiff.

    Accordingly, it is now

    **ORDERED:**

The Plaintiffs T & T Unlimited, LLC. and Leah Nees, shall file an expedited response to the instant Motion on or before **January 2, 2013**.  Failure to file an expedited response will result in the Court ruling on the Motion without the benefit of a Plaintiff's response.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of December, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record